

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2015

No. 04-13-00608-CV

**SMITH-REAGAN & ASSOCIATES, INC.** d/b/a Smith-Reagan Insurance Agency,
Appellant

v.

**FORT RINGGOLD LIMITED**, Pete Diaz III, Aaron Diaz and Monica Aguillon,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-02-343
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
           Marialyn Barnard, Justice
           Luz Elena D. Chapa, Justice

On April 9, 2015, appellees filed a Motion for Rehearing and an En Banc Motion for Rehearing. The court is requesting a response pursuant to Texas Rule of Appellate Procedure 49.2. It is therefore ORDERED that appellant may file a response, which is due **no later than June 9, 2015**. TEX. R. APP. P. 49.2.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court